### EXPERT MICROSYSTEMS, INC., Plaintiff–Appellant,

v.

### UNIVERSITY OF CHICAGO and Arch Development Corporation, Defendants–Appellees.

No. 2010–1322.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2010.

John Wade Carpenter, Metairie, LA, for Plaintiff–Appellant.

Brian M. Englund, Hennelly & Grossfeld, LLP, Gold River, CA, for Defendants–Appellees.

### ON MOTION

### *ORDER*

Upon consideration of the stipulation, which the court treats as a motion to voluntarily dismiss this appeal from *Expert Microsystems, Inc. v. University of Chicago and Arch Development Corporation*, no. 09–CV–0586 (E.D.Cal.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.